UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority Send ✓
Enter
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1608-UA | Date | 07/07/08 |
|---|---|---|---|
| Title | Glenn Edward Merrifield v. Social Security Administration Office, et al. | | |

| Present: The Honorable | Alicemarie H. Stotler, Chief United States District Judge |
|---|---|

| R. Marshall | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                                Not Present

**Proceedings:**    Order of Dismissal (In Chambers)

On March 7, 2008, plaintiff submitted a pro se complaint. On March 7, 2008, the court notified plaintiff in writing that the complaint was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved Declaration in Support of Request to Proceed Without Prepayment of Filing Fees form, including a completed Prisoner Authorization and Certificate of Authorized Officer, and a certified copy of the prisoner-plaintiff trust account statement for the last six (6) months (CV-60P). Plaintiff was advised that failure to pay the fee or file the completed Declaration within THIRTY days would result in dismissal of the action.

Since plaintiff has failed to provide the court with either the filing fee or a completed Declaration within THIRTY days, the action is dismissed without prejudice. Plaintiff may file a new action, but should include a filing fee or a Declaration in Support of Request to Proceed Without Prepayment of Filing Fees form with a new civil complaint to commence that new action. Because the present action is now dismissed, plaintiff should not file a Declaration in Support of Request to Proceed Without Prepayment of Filing Fees form or pay the filing fee in this action. The clerk shall close the file.

                                                          :
                                   Initials of Preparer   rm